CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2014

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **OWAIIAN M. JONES,** | ) | Civil Action No. 7:14-cv-00415 |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By:    Michael F. Urbanski** |
| **ROANOKE CITY** | ) | **United States District Judge** |
| **SHERIFF'S OFFICE, et al.,** | | |
| | | |
| **Defendant(s).** | | |

Owaiian M. Jones, proceeding pro se, filed a civil rights complaint, pursuant to 28 U.S.C. §1651 Writ of Mandamus. By Order entered August 7, 2014, the court directed plaintiff to submit within 10 days from the date of the Order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period as well as the executed verified statement form. On August 27, 2014, plaintiff only returned the inmate account form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 29th day of August, 2014.

/s/ Michael F. Urbanski
United States District Judge